```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 17003
  MARIANNE SATINSKY
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR
          Debtor
  SSN XXX-XX-4930


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/01/08 .

   2.  The case was dismissed without confirmation, 12/05/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                PAID             PAID
------------------------------------------------------------------------------
EVERHOME MORTGAGE CO       CURRENT MORTG          .00              .00              .00
EVERHOME MORTGAGE CO       MORTGAGE ARRE    NOT FILED              .00              .00
CHASE AUTOMOTIVE FINANCE   SECURED VEHIC          .00              .00              .00
IRWIN HOME EQUITY          UNSECURED        NOT FILED              .00              .00
RACINE COUNTY CIRCUIT CO   PRIORITY         NOT FILED              .00              .00
VILLAGE OF LAKE BLUFF      PRIORITY         NOT FILED              .00              .00
CHASE BANK USA             UNSECURED        NOT FILED              .00              .00
CITIBANK                   UNSECURED        NOT FILED              .00              .00
COLORADO STUDENT LOAN PR   UNSECURED        NOT FILED              .00              .00
COMPUCREDIT CORP           UNSECURED        NOT FILED              .00              .00
GREAT LAKES CREDIT UNION   SPECIAL CLASS    NOT FILED              .00              .00
IC SYSTEM                  UNSECURED        NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED              .00              .00
OLIVER ADJUSTMENT          UNSECURED        NOT FILED              .00              .00
PEOPLES GAS                UNSECURED        NOT FILED              .00              .00
PROFESSIONAL PLACEMENT S   UNSECURED        NOT FILED              .00              .00
RJM ACQUISITIONS LLC       UNSECURED        NOT FILED              .00              .00
ROBINSON & ASSOC           UNSECURED        NOT FILED              .00              .00
WASHINGTON MUTUAL CARD S   UNSECURED        NOT FILED              .00              .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                PAID             PAID
------------------------------------------------------------------------------
       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00         .00          .00
PRINCIPAL PAID          .00        .00         .00         .00          .00
INTEREST PAID           .00        .00         .00         .00          .00
TOTAL PAID              .00        .00         .00         .00          .00
The Debtor's attorney, PAUL M BACH                , was allowed $    3500.00
and was paid $    1000.00  direct and $       .00  through the plan.

The Trustee received $        .00 .
```

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09                          /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE